# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6409 CAS (VBKx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | Six Angels Inc v. Trine El Bey et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE |
|---|---|

| Catherine Jeang | Not Reported | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

    Before the Court is Notice of Removal of Action to Federal Court filed by defendant Trine El Bey (docket no. 1). It has come to the Court's attention that the $350.00 filing fee for the above-referenced case has been returned by the bank with a notation of "Closed Account."

    Accordingly, the Court, on its own motion, orders the defendant to show cause in writing on or before **September 9, 2011** why this action should not be dismissed for failure to pay the filing fee. Additionally, the Court orders the defendant to pay $395.00, which includes filing fee of $350.00 and $45 for processing a returned check. Payment shall be in cashier's check or money order, payable to the Clerk, U.S. District Court, and send to U.S. District Court, Central District of California, Fiscal Department, 312 North Spring Street, Room 529, Los Angeles, CA 90012.

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of defendant's response and submission of $395.00 on or before September 9, 2011.

    IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | KPA |