UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-6409 CAS (VBKx) | Date | November 18, 2011 |
|---|---|---|---|
| Title | SIX ANGELS, INC. AS TRUSTEE FOR THE ROBERTSON BLVD. TRUST U.D.T., 3/23/02 v. TRINE EL BEY | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| RITA SANCHEZ | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers:) ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

## I. INTRODUCTION

On July 28, 2011, plaintiff Six Angeles, Inc., as Trustee for the Robertson Blvd. Trust U.D.T., 3/23/02, filed an unlawful detainer action in Los Angeles Superior Court.

On September 9, 2011, defendant Trine El Bay ("El Bay") removed the action to this Court pursuant to 28 U.S.C. § 1331, federal question jurisdiction.

Because the complaint only alleges a state law claim, on October 27, 2011, the Court ordered El Bay to show cause within twenty (20) days as to why the Court should not remand the action to state court for lack of subject matter jurisdiction. El Bay failed to respond to the order to show cause.

Thus, the Court concludes that the complaint does not arise under federal law and therefore that the Court lacks subject matter jurisdiction. Accordingly, the Court hereby REMANDS the action to the Los Angeles Superior Court.

IT IS SO ORDERED.

00 : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6409 CAS (VBKx) | Date | November 18, 2011 |
|---|---|---|---|
| Title | SIX ANGELS, INC. AS TRUSTEE FOR THE ROBERTSON BLVD. TRUST U.D.T., 3/23/02 v. TRINE EL BEY | | |

| | Initials of Preparer | RS |
|---|---|---|